To Judge Allen,

This is John Perry. I wanted to write you and fill you in with a little info about mine and my wifes case. What I want to tell you might possibly hurt my case but I believe its the right thing to do. I take full responsability in what I done but I am having a hard time forgiving myself and letting go of what I done to Kim. If it wasn't for me commiting coercion pressuring Kim into selling the pills for me she would have never done it. I was being selfish because I needed to come up with some money for my next fix so I talked Kim into selling them for me. Kim is such a good women and mother and it kills me knowing that she has to go to prison and be seperated from our son because of my selfishness. Kim moved back to cedar city to get away from me and the drugs. She got a job up here and was doing really good. Kim has a good heart, she moved up here for herself and our son. She didn't want anything to do with the drugs anymore for herself and because the risk of losing our son. she wouldn't let me move to cedar to be with them until I got clean so I lied to her and told her I was clean. I am a bad infuence on Kim. I am toxic and I need help. I need help with my addiction and I accept the conseqensess for my actions. All my life I have wanted to be a good father and husband but I have been the complete opposite. For the first time in my life I have

built up a relationship with god. This Jail sentance has been a blessing for me. I have been working on myself since day one To be the father and husband I always wanted to be since I got arrested. I feel more free now being in Jail then I ever have my whole life. Im going to take advantage of the time I get to better myself. The day I got arrested is the day I got set free and was saved. Please I beg you, please be easy on my wife. She is a amazing women and I will do my time and her time if I could. My son needs her and she needs him too.

To Whom it may concern;

First off, I just want to say to the victim and her family, that I'am really sorry for the pain I've caused. I take full accountabity for my role in this sitsuation.

During my incarceration these last 11 months, I have completed multiple coarses and classes. I have started the process of getting my GED while I was in Iron County Jail, Once I get to my destination, I plan on completing my education, I am also working at Lincoln County Detention Center as a trustee.

Your Honor, I do understand my actions were wrong, and how serious this is. I am truly sorry and I accept the sentence you give me.

Thank you for taking the time to read this.

Kimberly Dawn Hare



**SCHOOLHOUSE**

Powered by NCIC

# CERTIFICATE

## OF ACHIEVEMENT

This Certificate is Proudly Presented To

**Kimberly Hare**

This certificate is proudly presented in recognition of the student's hard work and dedication in completing the 130-hour Rising Stars Reentry Program, demonstrating an outstanding commitment to personal and professional growth through NCIC Schoolhouse.

Curriculum Coordinator

President of NCIC

January 14, 2025

Date Issued



| Name | Date issued | Expiry date | Code |
|---|---|---|---|
| Completion Certificate - Introduction to Adobe Premiere Pro CC | Thursday, January 9, 2025, 10:02 PM | Never | 2653769969KH |
| Completion Certificate - Adobe Premiere Pro And Audition | Thursday, January 9, 2025, 9:59 PM | Never | 1321170322KH |
| Completion Certificate - Adobe Illustrator CC - Beginner Essentials Course | Thursday, January 9, 2025, 2:12 AM | Never | 0950544566KH |
| Completion Certificate - Retail Arbitrage from Home with Software | Thursday, January 9, 2025, 2:01 AM | Never | 7641710536KH |
| Completion Certificate - Video Editing for Beginners | Wednesday, January 8, 2025, 10:01 PM | Never | 3011692740KH |
| Completion Certificate - Natural Light Portrait Photography With Any Camera | Wednesday, January 8, 2025, 9:58 PM | Never | 0297352764KH |
| Completion Certificate - RISE Presenting Your Best Work | Wednesday, January 8, 2025, 9:38 PM | Never | 7845832659KH |
| Completion Certificate - Herbs and Natural Remedies | Wednesday, January 8, 2025, 3:38 PM | Never | 2327722465KH |
| Completion Certificate - Let's Talk It Out: Conflict Resolution Essentials | Wednesday, January 8, 2025, 3:18 PM | Never | 2127393498KH |
| Completion Certificate - Scheduling 101 | Tuesday, January 7, 2025, 1:26 PM | Never | 4792022613KH |
| Completion Certificate - Goal Setting for Life, Career and Business | Tuesday, January 7, 2025, 1:14 PM | Never | 5706668478KH |
| Completion Certificate - Focus Forward | Monday, January 6, 2025, 9:37 PM | Never | 0433520930KH |
| Completion Certificate - Simple Habits Of Greatness | Sunday, January 5, 2025, 1:39 PM | Never | 2047568404KH |
| Completion Certificate - Goal Setting Skills | Saturday, January 4, 2025, 10:51 PM | Never | 6863499325KH |
| Completion Certificate - Success Rituals: The Ultimate Path To Success | Saturday, January 4, 2025, 10:45 PM | Never | 5965818449KH |

Lincoln County Detention Center
1050 E. SR 322
P.O. Box 570
Pioche, NV 89043

| Name | Date issued | Expiry date | Code |
|---|---|---|---|
| Completion Certificate - Time Management Mastery | Saturday, January 4, 2025, 10:43 PM | Never | 0055388154KH |
| Completion Certificate - Workspace Organization for Productivity | Friday, January 3, 2025, 2:46 PM | Never | 6461916440KH |
| Completion Certificate - Beating Anxiety | Thursday, January 2, 2025, 6:59 PM | Never | 2440103775KH |
| Completion Certificate - Beating Depression | Thursday, January 2, 2025, 6:57 PM | Never | 1078438937KH |
| Completion Certificate - Power of Positive Thinking | Thursday, January 2, 2025, 6:54 PM | Never | 8530134502KH |
| Completion Certificate - Mindfulness Meditation | Thursday, January 2, 2025, 6:52 PM | Never | 1218295750KH |
| Completion Certificate - Conquering Fear | Thursday, January 2, 2025, 6:50 PM | Never | 0723502726KH |
| Completion Certificate - The Basics of Managing Stress | Tuesday, December 31, 2024, 8:52 PM | Never | 1737819638KH |
| Completion Certificate - Principles Of Success - Growth Mindset | Tuesday, December 31, 2024, 8:42 PM | Never | 0588430012KH |
| Completion Certificate - Strength, Resilience & Drive | Tuesday, December 31, 2024, 8:39 PM | Never | 8628071830KH |
| Completion Certificate - Forgiveness is Freedom | Tuesday, December 31, 2024, 8:36 PM | Never | 7114134200KH |
| Completion Certificate - Inner Healing Miracles | Tuesday, December 31, 2024, 8:32 PM | Never | 7796439775KH |
| Completion Certificate - Zen Lifestyle | Tuesday, December 31, 2024, 8:26 PM | Never | 2718371414KH |
| Completion Certificate - Total Confidence | Tuesday, December 31, 2024, 8:23 PM | Never | 5806688793KH |
| Completion Certificate - The Power of Your Thoughts | Tuesday, December 31, 2024, 8:15 PM | Never | 1482062601KH |
| Completion Certificate - The Power of Visualization | Tuesday, December 31, 2024, 8:12 PM | Never | 6140605619KH |

Lincoln County Detention Center
1050 E. SR 322
P.O. Box 570
Pioche, NV 89043

| Name | Date issued | Expiry date | Code |
|---|---|---|---|
| Completion Certificate - The Power of Groundedness | Tuesday, December 31, 2024, 7:10 PM | Never | 7886389377KH |
| Completion Certificate - Gratitude Lifestyle | Tuesday, December 31, 2024, 2:40 PM | Never | 0183868875KH |
| Completion Certificate - RISE Living Sober! | Monday, December 30, 2024, 11:34 PM | Never | 7195170361KH |
| Completion Certificate - Nourish Your Body | Monday, December 30, 2024, 11:31 PM | Never | 6066724110KH |
| Completion Certificate - Get Moving: The Benefits of Exercise | Monday, December 30, 2024, 11:25 PM | Never | 3076181955KH |
| Completion Certificate - First Aid Basics | Monday, December 30, 2024, 11:19 PM | Never | 1784193993KH |
| Completion Certificate - What is Stress? | Monday, December 30, 2024, 11:12 PM | Never | 3469115365KH |
| Completion Certificate - The Complete Personal Finance Course | Sunday, December 29, 2024, 11:12 PM | Never | 6049190948KH |
| Completion Certificate - Online Income Formula | Sunday, December 29, 2024, 11:08 PM | Never | 5863583797KH |
| Completion Certificate - The Lost Art Of Intentional Living | Sunday, December 29, 2024, 10:20 PM | Never | 5947598015KH |
| Completion Certificate - The Art of Reinventing Yourself | Sunday, December 29, 2024, 10:18 PM | Never | 4559719206KH |
| Completion Certificate - What to do During a Traffic Stop! | Sunday, December 29, 2024, 10:10 PM | Never | 0826870879KH |
| Completion Certificate - Public Service and Community Engagement | Sunday, December 29, 2024, 9:57 PM | Never | 4077790648KH |
| Completion Certificate - Graphic Design Fundamentals | Sunday, December 29, 2024, 6:02 PM | Never | 7199921021KH |
| Completion Certificate - Health And Wellness Coaching Certification | Sunday, December 29, 2024, 5:55 PM | Never | 2955734830KH |
| Completion Certificate - Photography DSLR Skills | Sunday, December 29, 2024, 5:36 PM | Never | 2466508053KH |

Lincoln County Detention Center
1050 E. SR 322
P.O. Box 570
Pioche, NV 89043

| Name | Date issued | Expiry date | Code |
|---|---|---|---|
| Completion Certificate - Introduction to Cooking | Sunday, December 29, 2024, 5:33 PM | Never | 4349921036KH |
| Completion Certificate - The Beginners Guide to Stock Market Dividend Investing 2.0 | Saturday, December 28, 2024, 2:35 PM | Never | 1448832083KH |
| Completion Certificate - Intro to Legal Concepts | Thursday, December 26, 2024, 4:56 PM | Never | 6189543671KH |
| Completion Certificate - Managing Personal Finances 2.0 | Thursday, December 26, 2024, 3:17 PM | Never | 2432466861KH |
| Completion Certificate - Advanced Parenting Skills | Thursday, December 26, 2024, 3:17 PM | Never | 5998203988KH |
| Completion Certificate - The Beginners Guide to Personal Finance and Wealth Building | Wednesday, December 25, 2024, 10:01 PM | Never | 7436858037KH |
| Completion Certificate - Coping Skills For A Better Life | Saturday, December 21, 2024, 8:27 PM | Never | 3525906649KH |
| Completion Certificate - Secrets Of Psychology - Why People Do The Things They Do | Saturday, December 21, 2024, 8:27 PM | Never | 0972966409KH |
| Completion Certificate - Mental Freedom: From Pain to Power | Saturday, December 21, 2024, 8:26 PM | Never | 9690523406KH |
| Completion Certificate - Mental Freedom: Freedom From Pain | Saturday, December 21, 2024, 8:26 PM | Never | 8704176639KH |
| Completion Certificate - REBT - Rational Emotive Behavioral Therapy | Saturday, December 21, 2024, 8:26 PM | Never | 1097276988KH |
| Completion Certificate - 5 Day Challenge to Improve Your Mental Health | Saturday, December 21, 2024, 8:25 PM | Never | 9676854881KH |
| Completion Certificate - Procrastination Solution | Saturday, December 21, 2024, 8:24 PM | Never | 9012129208KH |

Lincoln County Detention Center
1050 E. SR 322
P.O. Box 570
Pioche, NV 89043

| Name | Date issued | Expiry date | Code |
|---|---|---|---|
| Completion Certificate - Study and Learning Skills For College & University Students | Saturday, December 21, 2024, 8:24 PM | Never | 6386289231KH |
| Completion Certificate - How to Reach Your Full Potential | Saturday, December 21, 2024, 8:24 PM | Never | 6671327857KH |
| Completion Certificate - DWI Education | Saturday, December 21, 2024, 8:23 PM | Never | 8131951723KH |
| Completion Certificate - Addiction Adieu Formula | Saturday, December 21, 2024, 8:23 PM | Never | 5503383134KH |
| Completion Certificate - Eating Healthy | Saturday, December 21, 2024, 8:23 PM | Never | 2106891571KH |
| Completion Certificate - Functional Fitness Training - Get in Shape At Home | Saturday, December 21, 2024, 8:23 PM | Never | 7404929885KH |
| Completion Certificate - Carb Cycling: Discover The SECRET System Of Weight Loss | Saturday, December 21, 2024, 8:20 PM | Never | 9763221313KH |
| Completion Certificate - Healthy Habits For Life | Saturday, December 21, 2024, 8:20 PM | Never | 3686760424KH |
| Completion Certificate - Hatha Yoga Made Easy | Saturday, December 21, 2024, 8:20 PM | Never | 8201928910KH |
| Completion Certificate - Home Workout | Saturday, December 21, 2024, 8:19 PM | Never | 0528569500KH |
| Completion Certificate - Insomnia Solution | Saturday, December 21, 2024, 8:19 PM | Never | 4473691687KH |
| Completion Certificate - Understanding Yoga Education | Saturday, December 21, 2024, 8:18 PM | Never | 2150033276KH |
| Completion Certificate - Immunity Boosting Foods | Saturday, December 21, 2024, 8:18 PM | Never | 0288155578KH |
| Completion Certificate - Intermittent Fasting | Saturday, December 21, 2024, 8:18 PM | Never | 2028874747KH |
| Completion Certificate - Joint Health | Saturday, December 21, 2024, 8:18 PM | Never | 7135016702KH |

Lincoln County Detention Center
1050 E. SR 322
P.O. Box 570
Pioche, NV 89043

| Name | Date issued | Expiry date | Code |
|---|---|---|---|
| Completion Certificate - Superior Brain Health | Saturday, December 21, 2024, 8:18 PM | Never | 7320652013KH |
| Completion Certificate - The Secrets To Burning Fat | Saturday, December 21, 2024, 8:17 PM | Never | 0139130604KH |
| Completion Certificate - Stretching For The Inflexible - Beginner Stretching | Saturday, December 21, 2024, 8:17 PM | Never | 0038135322KH |
| Completion Certificate - Muscle Building Secrets | Saturday, December 21, 2024, 8:17 PM | Never | 2368721590KH |
| Completion Certificate - How to Cope with Probation or Parole | Saturday, December 21, 2024, 8:15 PM | Never | 1031246552KH |
| Completion Certificate - Thinking Critically SR | Saturday, December 21, 2024, 5:24 PM | Never | 0433268720KH |
| Completion Certificate - The Basics of Managing Stress in 2 Hours | Wednesday, December 18, 2024, 4:30 PM | Never | 9965147220KH |
| Completion Certificate - Substance Use Disorder Virtual Education Program | Friday, December 13, 2024, 11:24 PM | Never | 6445639706KH |

Lincoln County Detention Center
1050 E. SR 322
P.O. Box 570
Pioche, NV 89043

KIMBERLY HARE

| Name | Date issued | Expiry date | Code |
|---|---|---|---|
| Completion Certificate - Coping Skills For A Better Life | Saturday, December 21, 2024, 8:27 PM | Never | 3525906649KH |
| Completion Certificate - Secrets Of Psychology - Why People Do The Things They Do | Saturday, December 21, 2024, 8:27 PM | Never | 0972966409KH |
| Completion Certificate - Mental Freedom: From Pain to Power | Saturday, December 21, 2024, 8:26 PM | Never | 9690523406KH |
| Completion Certificate - Mental Freedom: Freedom From Pain | Saturday, December 21, 2024, 8:26 PM | Never | 8704176639KH |
| Completion Certificate - REBT - Rational Emotive Behavioral Therapy | Saturday, December 21, 2024, 8:26 PM | Never | 1097276988KH |
| Completion Certificate - 5 Day Challenge to Improve Your Mental Health | Saturday, December 21, 2024, 8:25 PM | Never | 9676854881KH |
| Completion Certificate - Procrastination Solution | Saturday, December 21, 2024, 8:24 PM | Never | 9012129208KH |
| Completion Certificate - Study and Learning Skills For College & University Students | Saturday, December 21, 2024, 8:24 PM | Never | 6386289231KH |
| Completion Certificate - How to Reach Your Full Potential | Saturday, December 21, 2024, 8:24 PM | Never | 6671327857KH |
| Completion Certificate - DWI Education | Saturday, December 21, 2024, 8:23 PM | Never | 8131951723KH |
| Completion Certificate - Addiction Adieu Formula | Saturday, December 21, 2024, 8:23 PM | Never | 5503383134KH |
| Completion Certificate - Eating Healthy | Saturday, December 21, 2024, 8:23 PM | Never | 2106891571KH |
| Completion Certificate - Functional Fitness Training - Get in Shape At Home | Saturday, December 21, 2024, 8:23 PM | Never | 7404929885KH |
| Completion Certificate - Carb Cycling: Discover The SECRET System Of | Saturday, December 21, 2024, 8:20 PM | Never | 9763221313KH |

Lincoln County Detention Center
1050 E. SR 322
P.O. Box 570
Pioche, NV 89043

Deputy LaJoie P# 060

KIMBERLY HARE

| Weight Loss | | | |
|---|---|---|---|
| Completion Certificate - Healthy Habits For Life | Saturday, December 21, 2024, 8:20 PM | Never | 3686760424KH |
| Completion Certificate - Hatha Yoga Made Easy | Saturday, December 21, 2024, 8:20 PM | Never | 8201928910KH |
| Completion Certificate - Home Workout | Saturday, December 21, 2024, 8:19 PM | Never | 0528569500KH |
| Completion Certificate - Insomnia Solution | Saturday, December 21, 2024, 8:19 PM | Never | 4473691687KH |
| Completion Certificate - Understanding Yoga Education | Saturday, December 21, 2024, 8:18 PM | Never | 2150033276KH |
| Completion Certificate - Immunity Boosting Foods | Saturday, December 21, 2024, 8:18 PM | Never | 0288155578KH |
| Completion Certificate - Intermittent Fasting | Saturday, December 21, 2024, 8:18 PM | Never | 2028874747KH |
| Completion Certificate - Joint Health | Saturday, December 21, 2024, 8:18 PM | Never | 7135016702KH |
| Completion Certificate - Superior Brain Health | Saturday, December 21, 2024, 8:18 PM | Never | 7320652013KH |
| Completion Certificate - The Secrets To Burning Fat | Saturday, December 21, 2024, 8:17 PM | Never | 0139130604KH |
| Completion Certificate - Stretching For The Inflexible - Beginner Stretching | Saturday, December 21, 2024, 8:17 PM | Never | 0038135322KH |
| Completion Certificate - Muscle Building Secrets | Saturday, December 21, 2024, 8:17 PM | Never | 2368721590KH |
| Completion Certificate - How to Cope with Probation or Parole | Saturday, December 21, 2024, 8:15 PM | Never | 1031246552KH |
| Completion Certificate - Thinking Critically SR | Saturday, December 21, 2024, 5:24 PM | Never | 0433268720KH |
| Completion Certificate - The Basics of Managing Stress in 2 Hours | Wednesday, December 18, 2024, 4:30 PM | Never | 9965147220KH |
| Completion Certificate - Substance Use Disorder Virtual Education Program | Friday, December 13, 2024, 11:24 PM | Never | 6445639706KH |

Lincoln County Detention Center
1050 E. SR 322
P.O. Box 570
Pioche, NV 89043

Deputy Labore
P H oce

K. HARE    115 done

| Name | Date issued | Expiry date | Code |
|---|---|---|---|
| Completion Certificate - Starting Over on the Inside | Thursday, January 16, 2025, 3:33 PM | Never | 2450028155KH |
| Completion Certificate - Personal Productivity Master Class | Wednesday, January 15, 2025, 9:25 PM | Never | 8200680465KH |
| Completion Certificate - Transformational Leadership | Wednesday, January 15, 2025, 8:53 PM | Never | 6388078465KH |
| Completion Certificate - Winning With Communication - Master Communication Skills | Wednesday, January 15, 2025, 8:50 PM | Never | 0593531384KH |
| Completion Certificate - Business Productivity Training | Wednesday, January 15, 2025, 8:48 PM | Never | 1726168691KH |
| Completion Certificate - Leadership Skills vs. Management | Wednesday, January 15, 2025, 8:42 PM | Never | 0573800112KH |
| Completion Certificate - Hidden Secrets Of Selling - Part 4 | Wednesday, January 15, 2025, 8:37 PM | Never | 4661657673KH |
| Completion Certificate - Hidden Secrets Of Selling - Part 3 | Wednesday, January 15, 2025, 8:36 PM | Never | 9819376138KH |
| Completion Certificate - Hidden Secrets Of Selling - Part 2 | Wednesday, January 15, 2025, 8:34 PM | Never | 7135824544KH |
| Completion Certificate - Hidden Secrets Of Selling - Part 1 | Wednesday, January 15, 2025, 8:33 PM | Never | 8842067880KH |
| Completion Certificate - Entrepreneur & Small Business Mindsets for Success | Wednesday, January 15, 2025, 8:31 PM | Never | 8552694317KH |
| Completion Certificate - Family & Relationships | Wednesday, January 15, 2025, 7:35 PM | Never | 2030478018KH |
| Completion Certificate - RISE Substance Misuse | Wednesday, January 15, 2025, 3:33 PM | Never | 0797556694KH |
| Reentry Program Certificate Template - Rising Stars: Pathway to Reentry | Tuesday, January 14, 2025, 8:11 PM | Never | 8439920396KH |
| Completion Certificate - From Problem to Solution | Sunday, January 12, 2025, 11:59 PM | Never | 1992814649KH |
| Completion Certificate - Leadership | Sunday, January 12, 2025, 11:52 PM | Never | 1331629569KH |

| And Influence | | | |
|---|---|---|---|
| Completion Certificate - How Credit Reports Work | Sunday, January 12, 2025, 10:23 PM | Never | 9175725580KH |
| Completion Certificate - Make Money From Home | Sunday, January 12, 2025, 10:09 PM | Never | 5969269028KH |
| Completion Certificate - Managing Personal Finances | Sunday, January 12, 2025, 10:06 PM | Never | 6957826087KH |
| Completion Certificate - Online Residual Income Business Models | Sunday, January 12, 2025, 9:02 PM | Never | 9879637464KH |
| Completion Certificate - Online Entrepreneur Survival Guide | Sunday, January 12, 2025, 8:59 PM | Never | 3196193753KH |
| Completion Certificate - Napoleon Hill's 13 Keys to Success from Think and Grow Rich | Sunday, January 12, 2025, 8:56 PM | Never | 0960975709KH |
| Completion Certificate - Microsoft Office 2019- New Features | Sunday, January 12, 2025, 6:34 PM | Never | 6077327120KH |
| Completion Certificate - Microsoft Office 365 Web Apps | Sunday, January 12, 2025, 4:27 PM | Never | 9522586512KH |
| Completion Certificate - Microsoft Office 360 SharePoint for End Users | Sunday, January 12, 2025, 4:08 PM | Never | 0415164096KH |
| Completion Certificate - Office 2016 Access Intermediate | Saturday, January 11, 2025, 7:55 PM | Never | 7581281392KH |
| Completion Certificate - Office 2016 Access Advanced | Saturday, January 11, 2025, 7:41 PM | Never | 9201855450KH |
| Completion Certificate - What's New In Windows 10 | Saturday, January 11, 2025, 7:25 PM | Never | 0056772454KH |
| Completion Certificate - Computer Fundamentals | Saturday, January 11, 2025, 6:02 PM | Never | 9824675262KH |
| Completion Certificate - Key Applications | Saturday, January 11, 2025, 5:53 PM | Never | 3212752708KH |
| Completion Certificate - Excel Productivity | Thursday, January 9, 2025, 10:06 PM | Never | 9529868809KH |

Lincoln County Detention Center
1050 E. SR 322
P.O. Box 570
Pioche, NV 89043